# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:07cv342

| | |
|---|---|
| RON CHANCELLOR, | )<br>) |
| Plaintiff, | )<br>) |
| Vs. | )     **JUDGMENT**<br>) |
| HARRY'S CADILLAC-PONTIAC-<br>GMC TRUCK CO., INC., a North<br>Carolina Corporation; and FRANK<br>LECCESE, individually, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** having come before the court in accordance with 28, United States Code, Section 636(c), and on defendant's Motion for Summary Judgment, and the court having determined that no genuine issues of material fact remain for trial and that defendants are entitled to the judgment they seek as a matter of law, as provided in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that :

(1) defendants' Motion for Summary Judgment (#16) is **GRANTED;**

(2) summary judgment is **ENTERED** in favor of defendants and against plaintiff on each claim for relief, and each claim for relief is **DISMISSED** with prejudice;

(3) that the Motion for Summary Judgment as to the request for punitive damages is **DENIED** as non-justiciable inasmuch as it is a prayer for relief and not a cause of action; and

(4) **JUDGMENT** is entered providing that plaintiff have and take nothing of these defendants.

Signed: September 10, 2008

Dennis L. Howell
United States Magistrate Judge